**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Terrell William Proctor d/b/a T.W. Proctor & Associates and Preco v. Quality Signs, Inc.

Appellate case number:    01-15-00861-CV

Trial court case number:  2013-38503

Trial court:               80th District Court of Harris County

Party filing motion:      Appellants

      The en banc court has unanimously voted to deny appellants' motion for en banc reconsideration as untimely. It is ordered that the motion is **DENIED**.

Judge's signature: /s/ Russell Lloyd
                     Acting for the Court*

* En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Lloyd, and Caughey.

Date: August 30, 2018